Civil Action No.: 11-5654____ Jury (_X) Non-Jury (__)

Caption of Case: Cheryl Biren-Wright v. City of Phila., et al

Date Service of Process Made: September 16, 2011_____

Name of Trial Counsel: Paul J. Hetznecker, Esquire_____

Representing: Plaintiff, Cheryl Biren-Wright_____

Law Firm: _____

Address: 1420 Walnut Street, Suite 911, Phila., PA  19102_____

Telephone No.:  (215) 893-9640

1. This case has been/should be consolidated with Civil Action No.(s): ___N/A_____

2. If this case should be consolidated with another civil action, state the reason why it should be consolidated. _____N/A_____

3. By what date can discovery be completed? 90 days_____

4. Do you anticipate using any expert witnesses? Undetermined as of this date_____

5. By what date will this case be ready for trial? April, 2012

6. What is the total time necessary to present your case? Approximately two days_____

7. What portion of this is liability? _80%_ Damages? _20%__

8. What is your estimate of the total time required for the entire trial? Three to Four Days_____

9. Would an early settlement conference be helpful in effecting a settlement of this case? Yes (_X_) No (___)

10. If the answer is "yes," when would be the most appropriate time for such a conference? After receipt of discovery_____

11. Do you have any special comment to make or special issue or problem to raise concerning the case? If so, please use the reverse side. Not at this time_____
----------------------------------------------------------------
12. THE FOLLOWING CERTIFICATION MUST BE EXECUTED BY COUNSEL:

    I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM I SPOKE WITH COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS ACTION.
/s/ Paul J. Hetznecker, Esquire          November 2, 2011
Counsel for                              Date